# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4312 | **DATE** | 5/7/2012 |
| **CASE TITLE** | Baldonado vs. Wyeth | | |

**DOCKET ENTRY TEXT**

See below for information relating to the upcoming May 10, 2012 Daubert hearing on Dr. Naftalis.

■[ For further details see text below.]  Notices mailed by Judicial staff.

## STATEMENT

The parties are scheduled to appear on May 10, 2012 at 10:00 a.m. for a *Daubert* hearing on the admissibility of the anticipated expert testimony of Dr. Elizabeth Naftalis, one of Plaintiff's specific causation experts. The Court expects the parties to be familiar with the legal standards governing the admission of expert testimony. *See* Fed. R. Evid. 702; *Daubert v. Merrell Dow Pharma,, Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993); *Lewis v. CITGO Petroleum Corp.*, 561 F.3d 698, 705 (7th Cir. 2009) ("The proponent of the expert bears the burden of demonstrating that the expert's testimony would satisfy the *Daubert* standard."). In advance of the hearing, the Court offers the following guidance to the parties.

For purposes of the hearing, the Court accepts:

- Dr. Naftalis' qualifications to offer expert opinion on causation; and

- the reliability of differential diagnosis, as a general matter, in the breast cancer context.

The parties' briefs adequately address these issues.
The parties should instead explore at the hearing whether Dr. Naftalis' application of differential diagnosis was reliable in this case, specifically whether:

- Dr. Naftalis reliably "ruled in" Plaintiff's use of Prempro for less than three years as a possible cause of Plaintiff's breast cancer, particularly in light of the Women's Health Initiative study and the specific type of cancer with which Plaintiff was diagnosed; and

- Dr. Naftalis reliably "ruled out" Plaintiff's levels of endogenous estrogen, and her other risk factors, as possible causes of Plaintiff's breast cancer.

| | Courtroom Deputy Initials: | KF |
|---|---|---|