# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4312 | **DATE** | 10/24/2012 |
| **CASE TITLE** | Baldonado vs. Wyeth | | |

**DOCKET ENTRY TEXT**

Status hearing held on 10/24/12. Parties' oral motion to dismiss, without prejudice and with leave to reinstate by 4/24/13, is granted. After 4/24/13, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Civil case terminated.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | KF |
|---|---|---|